**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEONARDO GOUSSE, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　　　　　　　　*Plaintiff*,<br><br>　-against-<br><br>WHITE AID MEDICAL SUPPLIES INC. and WILLIAM CENSOR,<br><br>　　　　　　　　　　　　　　*Defendants*. | Case No. 1:23-cv-06110-DG-JRC<br><br>NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT |

　　　　Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Leonardo Gousse ("Plaintiff") hereby accepts the attached Offer of Judgement by Defendants White Aid Medical Supplies Inc. and William Censor (collectively, "Defendants") in the above-captioned action, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:　October 27, 2023　　　　　　Respectfully Submitted,
　　　　New York, NY

　　　　　　　　　　　　　　　　　**LAW OFFICE OF MOHAMMED GANGAT**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Mohammed Gangat, Esq.
　　　　　　　　　　　　　　　　　675 Third Avenue, Ste 1810,
　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　718-669-0714
　　　　　　　　　　　　　　　　　mgangat@gangatpllc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO GOUSSE, individually and on behalf of all other persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WHITE AID MEDICAL SUPPLIES INC. and WILLIAM CENSOR,<br><br>Defendants. | Case No.: 1:23-cv-06110-DG-JRC<br><br>**RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants White Aid Medical Supplies Inc. and William Censor (collectively "Defendants") offer to allow judgment to be taken against them in this action with respect to the federal claims only under the Fair Labor Standards Act ("FLSA") brought by Plaintiff Leonardo Gousse ("Plaintiff").

The terms of the judgment to which Defendants consent are:

Judgment for Plaintiff in the amount of $1,000, inclusive of all damages, including but not limited to back wages, liquidated damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff in litigating his FLSA claims to the date of this offer. This judgment does not pertain to any claims except Plaintiff's federal FLSA claims raised in this case.

This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages.

Plaintiff has fourteen (14) days from the date on which this offer was served to accept in writing. If Plaintiff accepts this offer, the offer will be filed with the Court, and the Clerk of the Court will enter a final judgment in this action that conforms to the terms set out in this offer. If Plaintiff fails to accept the offer within the time allotted, it is deemed withdrawn. If Plaintiff fails to recover a more favorable judgment than the one specified in this offer of judgment, he may be

liable for all the costs of suit incurred by Defendants after the date of this offer.

Dated: October 26, 2023

                                          Respectfully submitted,

                                          **FORDHARRISON LLP**

                                          /s/ *Bilal H. Haider*
                                          Bilal H. Haider
                                          300 Connell Drive, Suite 4100
                                          Berkley Heights, New Jersey 07922
                                          Telephone: (973) 646-7315
                                          Email: bhaider@fordharrison.com

                                          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      This will hereby certify that on October 26, 2023, the foregoing Offer of Judgment was served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District of New York's Local Rules, upon:

Mohammed Gangat, Esq.
LAW OFFICE OF MOHAMMED GANGAT
675 Third Avenue, Suite 1810
New York, NY 10017
mgangat@gangatpllc.com

By: */s/ Bilal H. Haider*
      Bilal H. Haider

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO GOUSSE, individually and on behalf of all other persons similarly situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>WHITE AID MEDICAL SUPPLIES INC. and WILLIAM CENSOR,<br><br>*Defendants*. | Case No. 1:23-cv-06110-DG-JRC |

## CERTIFICATE OF SERVICE

I certify that on October 27, 2023, I served a copy of Defendants' Offer of Judgment with Plaintiff's Notice of Acceptance; in accordance with the Federal Rules of Civil Procedure, and the Court's Local Rules, upon counsel for Defendants White Aid Medical Supplies Inc. and William Censor at:

>   Bilal H. Haider, Esq.
>   300 Connell Drive, Suite 4100,
>   Berkeley Heights, NJ 07922
>   BHaider@fordharrison.com

*Basma Ouarda*
BASMA OUARDA