UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LEONARDO GOUSSE, individually and on
behalf of all other persons similarly situated,

                Plaintiff,                        JUDGMENT

v.                                                    23-cv-06110-DG-JRC

WHITE AID MEDICAL SUPPLIES INC.
and WILLIAM CENSOR,

                Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 27, 2023; and Defendants White Aid Medical Supplies Inc. and William Censor, having offered to allow entry of judgment to be taken against them in this action with respect to the federal claims only under the Fair Labor Standards Act ("FLSA") brought by Plaintiff Leonardo Gousse; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Leonardo Gousse and against Defendants White Aid Medical Supplies Inc. and William Censor in the amount of $1,000, inclusive of all damages, including but not limited to back wages, liquidated damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff in litigating his FLSA claims to the date of this offer; and that this judgment does not pertain to any claims except Plaintiff's federal FLSA claims raised in this case.

Dated: Brooklyn, New York                                           Brenna B. Mahoney
       October 30, 2023                                                    Clerk of Court

                                                                          By:    */s/Jalitza Poveda*
                                                                                   Deputy Clerk